IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE

| | |
|---|---|
| **TRADERIVER, USA, INC.**<br>WTC 401 E. Pratt Street<br>Suite 2424<br>Baltimore, MD 21202<br>  **Plaintiff**<br>v.<br>**XTREME AVIATION SERVICES, LLC**<br>8081 N.W. 31st STREET<br>MIAMI, FLORIDA 33122<br>  **Defendant**<br><br>**Serve on President.**<br>Simeon Garcia, President and CEO<br>Xtreme Aviation Services, LLC<br>8081 N.W. 31st Street<br>Miami, Florida 33122 | *<br>*<br>*<br>*<br>* CIVIL NO.:<br>*<br>*<br>*<br>*<br>* |

**COMPLAINT FOR MONEY JUDGMENT**

Plaintiff, TradeRiver USA, Inc., a Delaware corporation with its principal place of business located in the state of Maryland ("TRUSA"), by its attorneys, files this Complaint for Money judgment stating as follows:

**I.  THE PARTIES**

1. TRUSA is a Delaware Corporation with its principal place of business located in the state of Maryland.

2. The Defendant, XTREME AVIATION SERVICES, LLC is a Florida Corporation with its principal place of business located at 8081 NW 31st STREET MIAMI, FLORIDA 33122.

.

## II. JURISDICTION AND VENUE

3. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because: (1) the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and (2) the matter in controversy is between citizens of different states.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a)(2).

5. As set forth below, personal jurisdiction over NAS is proper pursuant to Md. Cts. & Jud. Proc. § 6-101 and § 6-103.

## III. SUPPORTING FACTS

6. XTREME owed monies to TRUSA in connection with their business dealings. As of September 9, 2019, XTREME owed to TRUSA the sum of $749,817.70.

7. The transactions involved XTREME using and accessing import/export internet transaction facilities and financing provided by TRUSA to XTREME in the State of Maryland.

8. XTREME fell behind in its payments owed to TRUSA in the State of Maryland. To pay these amounts, XTREME executed a Note dated September 24, 2019 made payable to TRUSA ("Note") in the amount of $781,969.35 ("Note Amount"). A copy of the Note is attached hereto as Exhibit 1.

9. The Note provides that Maryland Law Applies.

10. The Note provides that all acts contemplated by the Note shall be performable in the Baltimore City Maryland and that all sums payable under the Note shall be payable in the City of Baltimore.

11. The Note Amount consisted of the principal amount owed in the amount of $748,817.70 as of September 9, 2019 and interest accrued through March 25, 2020 in the amount of $33,151.65.

12. The Note provided for payments of principal and interest in the following amounts:

| Date | | Amount |
|---|---|---|
| 09/25/2019 | | 63,500.00 |
| 10/25/2019 | | 63,500.00 |
| 11/25/2019 | | 63,500.00 |
| 12/25/2019 | | 63,500.00 |
| 01/25/2020 | | 63,500.00 |
| 02/25/2020 | | 63,500.00 |
| 03/25/2020 | | 400,969.35 |
| | Total | 781,969.35 |

13. Based on the payment schedule set forth in the Note, the simple interest rate on the Note is 10.747%. per annum. A copy of the payment schedule calculating the applicable interest rate is attached hereto as Exhibit 2.

14. From September 30, 2019, to present the principal amount due on the Note is $690,012.09.

15. XTREME only made the first payment due on Note on September 30, 2019.

16. XTREME has defaulted on the remaining payments.

3

17. The Note also provides for an additional penalty interest equal to 18% per annum as to each late payment until the payment is made, TRUSA has reduced the payment 14.2%.

18. As set forth below, the accrued default penalty interest, on each payment XTREME failed to pay, to May 17, 2021 totals $125,279.96 as shown below.

| Date Payment Due | Missed Payment | Default Per Diem 14.2% | Days to 5/17/2021 | Total |
|---|---|---|---|---|
| 10/25/2019 | 63,500.00 | 25.05 | 570 | 14,276.92 |
| 11/25/2019 | 63,500.00 | 25.05 | 539 | 13,500.45 |
| 12/25/2019 | 63,500.00 | 25.05 | 509 | 12,749.04 |
| 01/25/2020 | 63,500.00 | 25.05 | 478 | 11,972.57 |
| 02/25/2020 | 63,500.00 | 25.05 | 447 | 11,196.11 |
| 03/25/2020 | 373,518.37[1] | 147.32 | 418 | 61,584.87 |
| | Total  691,018.37 | | Total | 125,279.96 |

19. From May 17, 2021 to present, penalty interest continues to accrue at a rate $272.57 per day.

20. From May 17, 2021, the regular interest continues to accrue at a rate of $206.29 per day.

21. The total combined per day interest is $478.86 per day.

---

[1] The payment due on 3/25/2020 was $400,969.35. This payment due amount was adjusted only for interest penalty calculation purposes to $373,518.37. The adjustment was necessary to keep the penalty interest accruing only on the principal amount due of $691,018.37. After 5/17/2021, Penalty interest is calculated on the remaining principal of $691,018.37 at the rate of 272.57 per day.

22. The combined rate of the actual and penalty interest is now 24.947% per annum.

23. The Note is in default for failure to make payments as and when due.

24. Despite notice from TRUSA, XTREME failed to cure its defaults under the Note. A copy of the notice of default is attached hereto as Exhibit 3.

25. As of May 17, 2021, the amount due under the Note is $939,039.80 consisting of $691,018.37 in principal amount, $122,741.47 in regular interest, $125,279.96 in penalty interest. A copy of the statement of account is attached hereto as Exhibit 4.

26. The Note also requires XTREME to pay TRUSA's reasonable attorney's fees and costs and expenses in connection with TRUSA's collection of the amounts due under the Note.

**WHEREFORE,** TRUSA requests that this Court enter judgment in favor of the Plaintiff, TRUSA, and against the Defendant, XTREME, in the following amounts:

| | |
|---|---|
| Principal | 691,018.37 |
| Accrued Interest to 5/17/2021 | 248,021.43 |
| Attorney's Fees | TBD |
| Court Costs | TBD |

plus, additional interest accruing from May 17, 2021 to date of Judgment in the amount of $478.86 per day and for other just and proper relief.

Respectfully submitted.

/s/Troy Swanson
Troy C. Swanson 05806
TCS LEGAL LLC
213 Finney Ave.
Churchville, MD 21028
410-927-1991 T
410-927-1992 F
Email: tswanson@com-lit-legal.com